

FILED
6/1/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
GMC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. **1:26-cr-00271**<br>**Judge Heather K. McShain**<br>**RANDOM / Cat. 4** |
| v. | ) ) ) |  |
|  | ) | Violation: Title 26, United States |
| CARL MITCHELL | ) ) | Code, Section 7203 |
|  | ) ) | **INFORMATION** |
|  | ) |  |
| _____ | ) |  |

The UNITED STATES DEPARTMENT OF JUSTICE, CRIMINAL DIVISION

charges that, at times material to this Information:

<u>**COUNT ONE**</u>

**Failure to Pay Individual Income Tax, 26 U.S.C. § 7203**

The CRIMINAL DIVISION OF THE UNITED STATES DEPARTMENT OF

JUSTICE charges:

1.     During the calendar year of 2019,

CARL MITCHELL,

who was a resident of Crete, Illinois, had and received taxable income of $56,615, on

which taxable income there was owing to the United States of America an income tax of

$15,250. He was required by law to pay, on or before July 15, 2020, that income tax to

the Internal Revenue Service Center, at Cincinnati, Ohio to a person assigned to receive

returns at the local office of the Internal Revenue Service at Matteson, Illinois or to

another Internal Revenue Service office permitted by the Commissioner of Internal

1

Revenue. Well knowing all of the forgoing, he did willfully fail, on July 15, 2020, in the Northern District of Illinois and elsewhere, to pay the income tax due.

## COUNT TWO

### Failure to Pay Individual Income Tax, 26 U.S.C. § 7203

2.      During the calendar year of 2020,

CARL MITCHELL,

who was a resident of Crete, Illinois, had and received taxable income of $46,694, on which taxable income there was owing to the United States of America an income tax of $8,485. He was required by law to pay, on or before May 17, 2021, that income tax to the Internal Revenue Service Center, at Louisville, Kentucky, to a person assigned to receive returns at the local office of the Internal Revenue Service at Matteson, Illinois or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue. Well knowing all of the foregoing, he did willfully fail, on May 17, 2021, in the Northern District of Illinois and elsewhere, to pay the income tax due.

## COUNT THREE

### Failure to Pay Individual Income Tax, 26 U.S.C. § 7203

3.      During the calendar year of 2021,

CARL MITCHELL,

who was a resident of Crete, Illinois, had and received taxable income of $60,635, on which taxable income there was owing to the United States of America an income tax of $21,738. He was required by law to pay, on or before April 15, 2022, that income tax to the Internal Revenue Service Center, at Louisville, Kentucky, to a person assigned to receive returns at the local office of the Internal Revenue Service at Matteson, Illinois or to another Internal Revenue Service office permitted by the Commissioner of Internal

2

Revenue. Well knowing all of the foregoing, he did willfully fail, on April 15, 2022, in the Northern District of Illinois and elsewhere, to pay the income tax due.

## COUNT FOUR

### Failure to Pay Individual Income Tax, 26 U.S.C. § 7203

4.      During the calendar year of 2022,

CARL MITCHELL,

who was a resident of Crete, Illinois, had and received taxable income of $137,583, on which taxable income there was owing to the United States of America an income tax of $49,958. He was required by law to pay, on or before April 17, 2023, that income tax to the Internal Revenue Service Center, at Louisville, Kentucky, to a person assigned to receive returns at the local office of the Internal Revenue Service at Matteson, Illinois or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue. Well knowing all of the foregoing, he did willfully fail, on April 15, 2023, in the Northern District of Illinois and elsewhere, to pay the income tax due.

## COUNT FIVE

### Failure to Pay Individual Income Tax, 26 U.S.C. § 7203

5.      During the calendar year of 2023,

CARL MITCHELL,

who was a resident of Crete, Illinois, had and received taxable income of $111,802, on which taxable income there was owing to the United States of America an income tax of $43,585. He was required by law to pay, on or before April 15, 2024, that income tax to the Internal Revenue Service Center, at Louisville, Kentucky, to a person assigned to receive returns at the local office of the Internal Revenue Service at Matteson, Illinois or to another Internal Revenue Service office permitted by the Commissioner of Internal

3

Revenue. Well knowing all of the foregoing, he did willfully fail, on April 15, 2024, in the

Northern District of Illinois and elsewhere, to pay the income tax due.

All in violation of 26 U.S.C. § 7203.

Dated: June 1, 2026

A. TYSEN DUVA
Assistant Attorney General
Criminal Division

/s/ *Boris Bourget*
BORIS BOURGET
Trial Attorney
Criminal Division, Tax Section
U.S. Department of Justice